```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17744
   TIMOTHY J PROKOP
   JENNIFER N PROKOP                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-8111      SSN XXX-XX-6206


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/28/07 and confirmed on 12/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 05/21/2008.

   3.  The Debtor paid a total of $   7903.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED VEHIC | 5561.68 | 118.24 | 2339.29 |
| US BANK AUTO FINANCE | SECURED VEHIC | 14944.91 | 349.82 | 3217.70 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 6725.00 | 165.50 | 1296.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11666.60 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9561.23 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6537.90 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5559.45 | .00 | .00 |
| B REAL LLC | UNSECURED | 3771.82 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 23504.06 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8280.10 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2314.76 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | SECURED | 200.00 | .17 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5133.52 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DUPAGE FAMILY MEDICINE S | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1557.36 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 553.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 490.56 | .00 | .00 |
| GOODYEAR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8016.82 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1362.70 | .00 | .00 |

```
ECAST SETTLEMENT CORPORA UNSECURED       1123.21             .00           .00
PROFESSIONAL RECOVERY SE UNSECURED     NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED       2470.68             .00           .00
SEARS BKRUPTCY RCVRY MGM UNSECURED     NOT FILED             .00           .00
TARGET NATIONAL BANK     UNSECURED        728.10             .00           .00
LITTON LOAN SERVICING IN MORTGAGE ARRE    959.76             .00           .00
CHASE BANK               SECURED          279.74             .24           .00
WACHOVIA DEALER SERVICES UNSECURED        800.18             .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        934.80             .00           .00
CHASE BANK               UNSECURED        680.80             .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        489.11             .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   28671.09         .00     95536.96         .00    124208.05
PRINCIPAL PAID        6853.80         .00          .00         .00      6853.80
INTEREST PAID          633.97         .00          .00         .00       633.97
TOTAL PAID            7487.77         .00          .00         .00      7487.77
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $    800.00   direct and $        .00  through the plan.

The Trustee received $    415.23 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 08/20/08                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                             PAGE   2
       CASE NO. 07 B 17744 TIMOTHY J PROKOP & JENNIFER N PROKOP
```